UNITED STATES DI
DISTRICT OF

**2:18-cv-01845-GMN-GWF**

LEO A. CONO,
et al.,
Plaintiff

v.

REGINA RICHARDS, AETNA DISABILITY INSURANCE,
EMILY SMITH, AETNA DISABILITY INSURANCE,
MARIA LOIACONO,
MIRELLA LOIACONO,
JOSEPH LOIACONO,
ANNA MARIE WALKER,
MARK MARROLETTI,
BRUCE CHASE,
LOU CASTORINO,
LEE CASTORINO GENTILE,
KAREN ANN CASTORINO CONO,
SCOTT RAMON SEGURO MESCUDI A.K.A. KID CUDI,
CAROL CONO A.K.A. MARIANI CARVALHO RIBEIRO,
TOM BYRNES - BERGEN COUNTY NJ -
FRANK SHULTZ - BERGEN COUNTY NJ UNEMPLOYMENT INSURANCE,
AND/OR DEPT OF LABOR - NJ,
PUSSY RUSSO - A.K.A. ANTHONY RUSSO,
Ms. Schanck - Assistant to Robert Asaro-Angelo,
Robert Asaro-Angelo,
NJ UI APPEAL TRIBUNAL,
STATE OF NJ DEPT. OF LABOR - UNEMPLOYMENT INSURANCE,

INITIAL COMPLAINT RICO
18 U.S.C. § 1958
470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 21 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

Leo Cono
5841 E. Charleston Blvd.
230-165
Las Vegas, NV 89142
702-329-3858
LeoCono999@Outlook.com

Signed:
Leo Cono

Mr. Bailey - NJ Dept of Labor,
NJ UI FRAUD REPORTING & EMBEZZELING REPORTING DEPT(s),
NJ Dept of LABOR I.T. Computer Programming
& IVR - Automated PHONE, & WEBSITE Dept(s),
www.NJUIFILE.NET
MARIE - NJ - TRENTON - DEPT. OF LABOR,
CINDY - NJ - DEPT. OF LABOR,
RON MARINO - NJ DEPT. OF LABOR,
NJ Division of Child Protection & Permanency including -
A.K.A. DYFS
PARAMUS, NJ - SECAUCUS, NJ, TRENTON, NJ & other NJ,
DYFS OFFICE OF THE ADVOCACY,
JULIA POLLIO DYFS,
SUSAN TORIAN DYFS,
LISA VON PIER DYFS TRENTON, NJ,
NJ DEPT. OF CHILD SUPPORT - Ms Bresnan,
JUDGE JUDY MIZDOL - STATE OF NJ - BERGEN COUNTY,
NJ RECORDS / CORONER - BERGEN COUNTY, NJ - KEN,
AIDA RODRIGUEZ - STATE OF CA, ORANGE COUNTY And/or MAX
GENERAL RELIEF, WELFARE,
HILDA / VIRGINIA RODRIGUEZ - STATE OF CA, ORANGE COUNTY
GENERAL RELIEF, WELFARE,
DANIELA OLIVIA A.K.A. MS. OLIVEIRA - STATE OF NEVADA,
MYNA COX - STATE OF NEVADA WELFARE - SOCIAL SERVICES,
STATE OF NEVADA EBT - FOOD STAMPS,
KELLY CANTRELLE - STATE OF NEVADA - WELFARE,
STEVE FISHER - STATE OF NEVADA - WELFARE,
KELLY O'MEARA - STATE OF NEVADA - WELFARE,
KERRY HUTCHINGS - CLARK COUNTY, NV, WELFARE - 1600 Pinto,

SHAWNA QUEMADA, CLARK COUNTY, NV - WELFARE,
Tiffany Evans, CLARK COUNTY, NV - WELFARE,
NAOMI LEWIS, DWSS.NV.GOV, STATE OF NEVADA WELFARE,
SANDY JEAN TETE, CLARK COUNTY, NV - WELFARE,
MARY, CATHOLIC CHARITIES, CLARK COUNTY, NV WELFARE,
SHARON JASTER, 1600 Pinto, CLARK COUNTY, NV WELFARE,
A. MALONE, 1600 Pinto, CLARK COUNTY, NV WELFARE,
GENERAL RELIEF, STATE OF CA, 2020 WALNUT, SANTA ANA, CA,
MARIANI CARVALHO RIBEIRO A.K.A. JULIA CLIFTON A.K.A. MRS. MARIAM A.K.A. MRS. CONO
BANK OF AMERICA SABENA,
BANK OF AMERICA GIOVANNI REYES,
SANTO GENTILE,
DAVID GENTILE,
MR. KUME - CLASS N.K. & AVALON BAY,
STATE OF NY DEPT. OF LABOR - UNEMPLOYMENT INSURANCE,
LEIA - STATE OF NY DEPT. OF LABOR,
MR. HERNANDEZ - STATE OF NY DEPT. OF LABOR,
STATE OF NY DEPT OF LABOR INFORMATION TECHNOLOGY DEPT,
ROBERTA REARDON - STATE OF NY - UI - Dept. of LABOR,
NYUI CLAIMANT ADVOCATE,
NJUI APPEALS,
NYUI APPEALS,
CAUI APPEALS,

NYUI FRAUD/EMBEZZELMENT REPORTING DEPT,
NJUI FRAUD/EMBEZZELMENT REPORTING DEPT,
CAUI FRAUD/EMBEZZELMENT REPORTING DEPT,
NEVADA WELFARE/SOCIAL SERVICES FRAUD/EMBEZZELMENT Reporting
CLARK COUNTY WELFARE/SOCIAL SERVICES FRAUD/EMBEZZELMENT Dept,

CA GENERAL RELIEF APPEALS,
CA GENERAL RELIEF FRAUD/EMBEZZELMENT Reporting,
CA EBT/FOOD STAMPS FRAUD/EMBEZZELMENT Reporting,
Nevada EBT/Food Stamps Fraud/EMBEZZELMENT Reporting,
CATHOLIC CHARITIES FOOD PANTRY & Homeless Facilities,
LAS VEGAS RESCUE MISSION Homeless Facilities,
LUIS, NORTH LAS VEGAS U.S.P.S. - GENERAL RELIEF DELIVERY,
LAS VEGAS U.S.P.S. - GENERAL DELIVERY,
STATE OF CA - DEPT. OF LABOR UI,
JOYCE LEE - STATE OF CA DEPT. OF LABOR UI,
DORIS - STATE OF CA DEPT. OF LABOR UI,
KEISHA PIERSON - STATE OF NJ CHILD PROTECTION & PERMANENCY,
JILLIAN TELERICO - STATE OF NJ CHILD PROTECTION & PERMANENCY,
JAHARA JAHARA - STATE OF NJ CHILD PROTECTION & PERMANENCY,
KELVIN TSE - VICE PRESIDENT - CITY NATIONAL BANK,
IVET MARKARIAN - CITY NATIONAL BANK,
WENDY ~~BJUARDA~~ BUJANDA - City National Bank,
STATE OF CA, GARDEN GROVE, EBT FOOD STAMPS CLERKS,
TOD COOPERMAN - PHARMACY CHECKER.COM,
KERRY BATHE - PROPERTY MANAGER AVALON HUNTINGTON BEACH,
CORONER'S OFFICE - SANTA ANA, CA - ORANGE COUNTY,
RECORDS/CORONER'S OFFICE - HACKENSACK, NJ - BERGEN COUNTY,
KEN A.K.A. MAX - RECORDS/CORONER'S OFFICE - HACKENSACK, NJ - Bergen County,
NINA PATEL - HARBOR JUSTICE CENTER - ORANGE COUNTY, CA - ~~ASSISTANT~~ PUBLIC DEFENDER,
KEENAN O'CONNOR - HARBOR JUSTICE CENTER - ORANGE COUNTY, CA - ASSISTANT PROSECUTOR,
ARTO - NORDIC SECURITY,

DOMINIQUE STASIULIS / DOM SCOTT,
RTC REGIONAL TRANSPORTATION COMMISSION,
FEDERAL GOVERNMENT AGENCY - IRS - Internal Revenue Service,
USPS - 201 S LAS VEGAS BLVD, #100, Las Vegas, NV 89101,
MARYANN PALADINO - WHITE PLAINS NY FAMILY COURT, MARRIAGE RECORDS,
AVALON BAY COMMUNITIES,
SOCIAL SECURITY ADMINISTRATION of the USA,
WESTCHESTER COUNTY - STATE OF NY MARRIAGE / DIVORCE RECORDS BUREAU,
CA ORANGE COUNTY HOMELESS SHELTERS & FOOD PANTRIES,
JACK KEMP - ORANGE COUNTY - COURTYARD,
CA DISABILITY,
CAL OPTIMA MEDICAL INSURANCE,
GLOBAL HOSPITALS - ORANGE COUNTY, CA,
MEDICAL CLINICS - ORANGE COUNTY, CA,
CVS PHARMACIES - ORANGE COUNTY, CA,
MISSION HOSPITAL - ORANGE COUNTY, CA,
Dr. Alexander FAN - MISSION Hospital, CA,
US COURTS - CENTRAL DISTRICT - SOUTHERN Division, SANTA ANA, CA,
US COURTS - 9th Circuit Court of Appeals - SAN FRANCISCO, CA,
US COURTS - District of Nevada,
GLORIA M. NAVARRO - CHIEF JUDGE - US COURTS - District of Nevada,
JAMES V. SELNA - JUDGE - US COURTS Central District / Southern Division, Santa Ana,
KARLA TUNIS - US COURTS

As well as, other unknown Defendants that may yet be Discovered.

## DEFENDANTS A.K.A. RICO DEFENDANTS

OTHER INTERESTED PARTIES:

Plaintiff complaint also on behalf of other directly or proximately injured parties, which injury or damage arises from Defendant's tortious actions which made necessary certain existing payment reliefs for various valid reasons. These parties are:

- THE FEDERAL GOVERNMENT of the U.S.A.;
- Internal Affairs / Inspector General / Office of Special Counsel for the U.S.A. FEDERAL GOVERNMENT;
- Armed Forces of U.S.A.;
- The Social Security of the Federal Government U.S.A;
- THE IRS - Internal Revenue Service;
- Homeland Security;
- United States Dept. of LABOR FEDERAL Government;
- HOMELESS SHELTERS / FOOD PANTRIES in NY, NJ, CA, NV, other

as well as other unknown Interested Parties that may yet be discovered. These Parties are included in accordance with the provisions of FRCP Rule 71.

Analysis: As a result of Rico Defendants pattern of illegal acts, and as set forth further below, Defendants are liable to CONO and INTERESTED PARTIES for 18 U.S. Code § 1958 but also under the FEDERAL RACKETEERING INFLUENCED and CORRUPT Organizations Act ("Rico"). 18 U.S. Code § 1958 Use of INTERSTATE COMMERCE FACILITIES IN THE COMMISSION of murder-for-hire & DRUG Trafficking & PROSTITUTION

COMPLAINT:

PLAINTIFF, LEO CONO (aka, "CONO") by and through

his own Pro-Se Attorney on his Complaint against "RICO" DEFENDANTS:

Plaintiff alleges that ("RICO" DEFENDANTS) violated the following statutes: 18 U.S. Code § 1958 Use of Interstate Commerce

- 18 U.S.C. §1959 (violent crimes in aid of racketeering activity);
- 18 U.S.C. §1961 (Racketeer Influenced & Corrupt Organizations ("RICO") definitions);
- 18 U.S.C. §1962 (RICO's specification of prohibited activities);
- 18 U.S.C. §1963 (RICO's criminal penalties);
- 18 U.S.C. §1964 (RICO's civil remedies available to the government);
- 18 U.S.C. §1958 (Use of Interstate Commerce);

In all of these claims, Plaintiff sues ("RICO" DEFENDANTS) for alleged criminal violations, or seeks penalties that only the government is authorized to seek. There is relevant federal law regarding patterns of racketeering activity, RICO, and specifically also with regard to both mail and wire fraud, 18 U.S.C. 1341 and 18 U.S.C. 1343 respectively, as well as extortion. Plaintiff has evidence of EMAILs, Recorded Phone Calls, Documents, Statements, Invoices, Receipts, Web Site Screen-Shots, Call Logs, BANK Account Log-In History Reports showing Date/Time Stamp, UserId, EMAIL, and IP ADDRESS, Government Organizations AUDIT LOG, Government Organizations Login to "Internal" Computers, FBI Surveillance, PHOTOS, Employment Records, DNA evidence, Spokeo.com / BeenVerified.com / Intellius.com / BACKGROUND CHECK REPORTS, VIDEO TAPES, COMPUTER USAGE SCREEN RECORDINGS, Appeals Hearings Determinations, & WILL SUBPOENA BANK ACCOUNTS FOR FORENSIC ACCOUNTING and CALL LOGS. U-HAUL STORAGE Locker with DNA & Other Evidence, EMBEZZLEMENT EVIDENCE

This evidence shows Money Laundering Activities going on in Plaintiff's Unemployment Insurance, Disability Insurance, Social Services/Welfare, EBT/Food Stamps, Homeless Shelters & Food Pantries, IRS Whistle Blower, Medical Insurance, Social Security Administration, Hospital & Clinics, Bus Transportation, Child Protection & Permanency, CHILD SUPPORT ENFORCEMENT, USCOURTS JUDICIAL CORRUPTION, CORONERS RECORDS ADMINISTRATION, FAMILY MEMBERS & FRIENDS & ACQUAINTACES COMMITTING CRIMINAL ACTS OF IDENTITY THEFT & EXTORTION & MURDER & ATTEMPTED MURDER. Some of these Activities such as Money Laundering in CONO's BANK of America Account, Unemployment Insurance EMBEZZELMENT, DISABILITY INSURANCE EMBEZZELMENT, SOCIAL SECURITY/PENSION EMBEZZELMENT, SOCIAL SERVICES/WELFARE EMBEZZELMENT, EBT/Food Stamps Embezzelment, BANK FRAUD, UI Fraud, Disability FRAUD, Social Security/Pension Fraud, Welfare/Social Services Fraud, EBT Fraud, were occuring without CONO's knowledge. Furthermore, Plaintiff Cono is liable to the IRS for Tax Evasion that Plaintiff CONO has absolutely no prior knowledge about.

<u>VENUE, WHY US COURT DISTRICT OF NEVADA?:</u> The United States District of Nevada Federal Court is the only appropriate venue in this matter because CONO-PLAINTIFF is a Las Vegas, NV Resident with a "REAL" Nevada Id Address: 5841 E. Charleston Blvd, 230-165, Las Vegas, NV 89142 & OFFICIALLY STATE OF NEVADA HOMELESS PERSON. CONO has resided in Las Vegas for over 1 year. According to USCOURTS FEDERAL PUBLISHED GUIDELINES PDF Document:

"UNDERSTANDING THE FEDERAL COURTS"

CONO explains below reasons and basis for
<u>" FEDERAL QUESTION" JURISDICTION</u>

"RICO" DEFENDANTS violated the Racketeer Influenced and Corrupt Organizations ("RICO") laws, in violation of 18 U.S.C. § 1958 - Use of Interstate Commerce. Specifically, MARIA LOIACONO, ANTHONY RUSSO A.K.A. PUSSY Russo, KAREN ANN CASTORINO CONO A.K.A. THERESA EVAGELISTA A.K.A. COICANO CASTORINO A.K.A. THERESA/CANDICE WOOD, TOM Byrnes, DAVID GENTILE, SANTO GENTILE, MARK MARROLETTI, Frank Shultz, and others are "capos" or "captains" in the (RUSSO - NEW JERSEY)/(GENTILE - NEW YORK) crime families (to name only 2), and other crime families in New York, New Jersey, California, Pennsylvania, Nevada, Florida, Connecticut. These crime families supervise and control "Mafia" "crews" operating in New York, New Jersey, Nevada, California, Connecticut, Pennsylvania, Florida and other Locations, in return for "tribute" or a share of the "crews" proceeds. Also Identity Theft (Grand Theft Persona), Attempted Murder, Murder, Extortion, Hijacking, Grand Theft Auto, Grand Theft Property, Grand Theft Bank Robbery, CONO's Life Savings, & Murder of his 4 children; Krista Cono, Colin Cono, Kailey Cono and Kyle Cono. Discoveries are needed. Page 6 of 50 - Understanding THE FEDERAL COURTS gives reference to an association/organization practicing corruption & collussion, in crime families named above, that utilize the UNEMPLOYMENT INSURANCE, DISABILITY INSURANCE, WELFARE/ SOCIAL SERVICES, EBT/Food Stamps As <u>Money Laundering Payments</u> <u>FOR PARTICIPATING IN ORGANIZED CORRUPTION & collusion</u>

involving INTERSTATE-COMMUNICATIONS, INTER-STATE FINANCIAL EXCHANGES & INTERSTATE CRIMES. The PATTERN OF RACKETEERING ACTIVITY WAS PREMISED UPON VIOLATIONS OF FEDERAL and STATE LAWS, INCLUDING MURDER, ATTEMPTED MURDER, EXTORTION, DRUG TRAFFICKING, PROSTITUTION, DELINQUENCY OF A MINOR By Getting CHILDREN ADDICTED TO DRUGS AND ALCOHOL, SEX with MINORS, CHILD SLAVERY, CHILD PROSTITUTION, CHILD PORNOGRAPHY, MONEY LAUNDERING, TAX EVASION, GOVERNMENT BENEFITS EMBEZZELMENT, GOVERNMENT BENEFITS FRAUD, IRS EMBEZZELMENT, IRS FRAUD, & OTHER CRIMES. SINCE THIS ORGANIZATION is GEOGRAPHICALLY LOCATED IN MORE THAN ONE STATE OF THE USA and CONO is a resident of LAS VEGAS, NV and INVOLVING GOVERMENT BENEFITS (UNEMPLOYMENT INSURANCE, DISABILITY INSURANCE, Welfare/Social Services Benefits, EBT/Food Stamps, MEDICAL Insurance, Homeless Shelters and Food Pantries, IRS "CREDITS", and Social Security/Pension Benefits THAT ARE EXCHANGED IN AN "INTERSTATE" MANNER; "FEDERAL JURISDICTION" is needed. CONO needs protection of his life and cannot leave Las Vegas. Therefore US COURTS DISTRICT OF NEVADA is THE PROPER VENUE. INTERSTATE EXCHANGES OF FEDERAL UNITED STATES OF AMERICA MONEY & Services FOR

Organized Crime Collusion & Corruption given to "crew" members ARE PAYMENTS FOR CRIMES. "crew" MEMBERS NOW REFER TO THESE PAYMENTS FOR CRIMES AS "PROFIT OF INVESTIGATION". In America (U.S.A) there is currently a "PROFIT OF INVESTIGATION" EPIDEMIC. US COURTS & FEDERAL GOVERNMENT MUST CREATE RULES & REGULATIONS FOR EMBEZZELING MONEY FROM THE FEDERAL GOVERNMENT AND OTHER VIOLENT CRIMES. Profit of Investigation is payment for "crew" Members CRIMES. The "crews" have become so large that now they are calling themselves "REPUBLICS", such as the CALIFORNIA REPUBLIC. "CAPOS" are now Political Leaders that control FEDERAL GOVERNMENT BENEFITS such as Unemployment Insurance and "crews" have become so large that now they are "REPUBLICS". This is breaking the "UNION" of the "UNITED" STATES of America. My 4 children are dead because CONO Does not want to PARTICIPATE in "crew" or "REPUBLIC" CRIMES A.K.A PROFIT OF INVESTIGATION or EMBEZZELMENT FROM GOVERNMENT WORKERS THAT DISTRIBUTE FUNDS TO "crew" Members. Furthermore Overseas to Africa & South America As Government Aide.