UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO CONO,<br><br>    Plaintiff,<br><br>v.<br><br>REGINA RICHARDS, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01845-RFB-GWF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable George Foley, Jr., United States Magistrate Judge, entered October 9, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 23, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1     IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 5) is
2  ACCEPTED and ADOPTED in full.
3     IT IS FURTHER ORDERED that the Clerk of the Court is instructed to file the complaint
4  attached as exhibit 1 to ECF no. 1.
5     IT IS FURTHER ORDERED that Plaintiff's claims against all Nonresident Defendants are
6  DISMISSED for lack of personal jurisdiction and venue.
7     IT IS FURTHER ORDERED that Plaintiff's claim against the Honorable Chief Judge
8  Gloria Navarro is DISMISSED with prejudice for failure to state a claim upon which relief can be
9  granted.

11     DATED this 26th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE