UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO CONO,<br><br>               Plaintiff,<br>v.<br>REGINA RICHARDS, *et al*.,<br><br>               Defendants. | Case No. 2:18-cv-01845-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Correct Clerical Mistakes (ECF No. 6), filed October 12, 2018, Plaintiff's Motion to Extend Time to Respond (ECF No. 9) and Motion to Extend Production of Exhibit Documents (ECF No. 10) filed on October 29, 2018.

Plaintiff's Motion to Correct Clerical Mistake made pursuant to Fed. R. Civ. P. 60 requests this Court replace certain Defendants listed in Plaintiff's Complaint (ECF No. 1). Fed. R. Civ. P. 60 provides relief from a clerical error found on a judgement, order, or other part of the record, however there was no such clerical error made here. If Plaintiff elects to revise the Defendants originally named in his Complaint, he may do so in an amended complaint. The Court will therefore deny Plaintiff's request. Plaintiff is again advised that should he continue to elect to represent himself, he must familiarize himself with the Federal Rules of Civil Procedure and Local Court Rules.

On October 9, 2018, the Court entered a Report and Recommendation (ECF No. 5) that instructed Plaintiff on relevant deadlines should he elect to file an objection or an amended complaint. If Plaintiff objected to the recommendations provided to the District Judge, Plaintiff had until October 23, 2018, to file any such objection. If Plaintiff elected to amend his complaint, he was required to do so by November 9, 2018. Upon review and consideration, it

1

appears Plaintiff has confused the two deadlines provided by the undersigned. The instant motion requests that Plaintiff be given until November 9, 2018 to amend his complaint, a deadline which has not yet lapsed. Plaintiff's Motion to Extend Time and Motion to Extend Production however, were filed on October 29, 2018 and are therefore untimely objections. Moreover, on October 29, 2018, Judge Richard F. Boulware, II entered an Order (ECF No. 7) that accepted and adopted the undersigned's recommendation in full. In light of the above, the Court will extend Plaintiff's deadline to file his amended complaint, up to and including December 10, 2018. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Correct Clerical Mistakes (ECF No. 6) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to Respond (ECF No. 9) and Motion to Extend Production of Exhibits (ECF No. 10) are **denied, as moot**. Plaintiff shall have until **December 10, 2018** to file his Amended Complaint.

Dated this 31st day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE