UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO CONO,<br><br>                Plaintiff,<br>v.<br><br>REGINA RICHARDS, *et al*.,<br><br>                Defendants. | Case No. 2:18-cv-01845-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Production of Documents (ECF No. 20) and Motion to Extend Time (ECF No. 22), filed February 20, 2019; Plaintiff's Motion for Subpoena (ECF No. 23), Motion for Pretrial Conference (ECF No. 24), Motion for Payment of Costs of Personal Service (ECF No. 25), Motion for Costs (ECF No. 26), all filed February 25, 2019; Plaintiff's Motion to Serve Summons (ECF No. 29) and Motion to Respond (ECF No. 30), filed April 19, 2019 (hereinafter referred to as the "Motions").

On February 8, 2019, the Court entered an Order permitting Plaintiff to file an amended complaint by March 8, 2019. *See Order*, (ECF No. 17). On February 27, 2019, Plaintiff filed his second amended complaint. ECF No. 27. The Court, however, has not yet screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915(e). Plaintiff is again advised that litigation will not commence until the Court has screened the complaint and issued an order. It is only *after* the Court files its order related to Plaintiff's second amended complaint that the case may proceed, and Plaintiff may serve any remaining defendants. The various Motions filed by Plaintiff which are the subject of the instant Order are all premature because the case has not yet commenced. Thus, the Motions are denied, without prejudice.

Moreover, upon review of the instant Motions, the Court finds that they are unintelligible as to both content and the relief requested and in violation of local court rules. Plaintiff is advised

1

that he must familiarize himself with the rules of Civil Procedure and Local Court rules. The instant Motions are in violation of LR IA 10-1(a) – Forms of Papers Generally which reads, "[a]ll filed documents must comply with the follow requirements:

> (1)[e]xcept for exhibits, quotations, the caption, the court title, and the name of the case, lines of text must be double spaced. Lines of text must be numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page; (2) [h]andwriting must be legible and on only one side of each page; (3) [t]ext must be size 12 font or smaller; (4) [q]uotations longer than 50 words must be indented and single spaced; (5) [a]ll pages must be numbered consecutively; and (6) [m]argins must be at least one inch on all four sides.

LR IA 10-1(d) states that, "[t]he court may strike any document that does not conform to an applicable provision of these rules or any Federal Rule of Civil or Criminal Procedure." Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions (ECF Nos. 20, 22, 23, 24, 25, 26, 29 and 30) are **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail Plaintiff a copy of this Order.

Dated this 12th day of April, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE