UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO CONO., | Case No. 2:18-cv-01845-RFB-EJY |
| Plaintiff, | ORDER |
| v. | |
| REGINA RICHARDS, et al., | |
| Defendants. | |

The Court has an independent obligation to determine whether it is has jurisdiction over the claims pending before it. The Court has reviewed the Plaintiff's Amended Complaint in this case and finds that Plaintiff has not stated claims over which this Court would or does have jurisdiction. The Amended Complaint contains a litany of unintelligible allegations against unconnected defendants. This form of complaint cannot serve as a basis for this court's limited jurisdiction. The Amended Complaint will therefore be dismissed in this case. The Court also does not find that it can discern identifiable claims that could be elaborated in another amended complaint.

For the reasons stated above,

**IT IS THEREFORE ORDERED** that Amended Complaint is DISMISSED. All pending motions are dismissed. The Clerk of Court is instructed to close this case.

DATED: September 27, 2019.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**